U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 FEB 29　AM 10: 20

CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

In Re PETITIONER,
The UNITED STATES OF AMERICA

Civil Action No. 2:16-mc-17

### ORDER

It is hereby ORDERED that, pursuant to Fed. R. Civ. P. 27, Petitioner may take the deposition of Mr. Omer Choquette, to be transcribed and videotaped (if Petitioner so chooses), as soon as possible at a time and location to be agreed to by counsel for Petitioner and Mr. Choquette. The deposition alternatively may be taken by written examination, but only if Petitioner so chooses. The deposition shall be for the purpose of perpetuating the testimony of Mr. Choquette as outlined in the Petition filed by Petitioner United States of America. Petitioner may request Mr. Choquette to produce of documents in conjunction with the deposition and the deponent may be questioned about the documents at the deposition.

So ORDERED

Date: 2/29/16

_____
UNITED STATES DISTRICT JUDGE